■ In the Matter of JOHN ANDERSON, Appellant, v JOSEPH B. LYNCH, Respondent. [739 NYS2d 622] —In a proceeding pursuant to CPLR article 78 to review a determination of the New York State Division of Housing and Community Renewal, dated November 3, 1999, which revoked a determination of the District Rent Administrator, dated November 27, 1995, awarding the petitioner a rent overcharge and refund, the petitioner appeals from a judgment of the Supreme Court, Kings County (Dabiri, J.), dated September 27, 2000, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

The Supreme Court properly determined that the respondent correctly refused to consider the rent history of the appellant's rent-stabilized apartment beyond the four-year period measured from the appellant's filing of his rent overcharge complaint (*see Myers v Frankel,* 292 AD2d 575 [decided herewith]; *Silver v Lynch,* 283 AD2d 213; *Matter of Sessler v New York State Div. of Hous. & Community Renewal,* 282 AD2d 262).

The appellant's remaining contention is without merit. Prudenti, P.J., Santucci, S. Miller and Friedmann, JJ., concur.